UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PARI SHOJAE,<br><br>      Plaintiff,<br><br>    -v.-<br><br>HARLEM HOSPITAL CENTER; NEW YORK CITY HEALTH AND HOSPITALS CORPORATION; SHAHNAWA KHAN; and HENNA FAROOQI,<br><br>      Defendants. | 15 Civ. 5248 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

It is hereby ORDERED that the following trial schedule will be in effect:

- Trial will be set to begin on February 1, 2021, at 9:00 a.m.;

- The parties' Joint Pretrial Order, motions in limine, requests to charge, proposed voir dire questions, and any pretrial memoranda of law will be due January 7, 2021;

- Any opposition papers will be due on January 14, 2021; and

- The final pretrial conference will be scheduled for January 21, 2021, at 3:00 p.m., in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated: June 9, 2020
   New York, New York

                   _____
                   KATHERINE POLK FAILLA
                   United States District Judge

*A copy of this Order was mailed by Chambers to:*

```
Shahnawa Khan
21-25 147 Street
Whitestone, NY 11357
```