UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PARI SHOJAE,<br><br>      Plaintiff,<br><br>    -v.-<br><br>HARLEM HOSPITAL CENTER; NEW YORK CITY HEALTH AND HOSPITALS CORPORATION; SHAHNAWA KHAN; and HENNA FAROOQI,<br><br>      Defendants. | 15 Civ. 5248 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

  Trial in this matter is currently scheduled to commence on February 1, 2021. However, in light of the continuing coronavirus pandemic, as well as attendant restrictions on trials that have been implemented court-wide, the Court hereby ADJOURNS the trial schedule *sine die*.

  SO ORDERED.

Dated: January 5, 2021
     New York, New York

                   KATHERINE POLK FAILLA
                   United States District Judge