UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PARI SHOJAE,<br><br>                          Plaintiff,<br><br>                    -v.-<br><br>HARLEM HOSPITAL CENTER; NEW YORK CITY HEALTH AND HOSPITALS CORPORATION; SHAHNAWA KHAN; and HENNA FAROOQI,<br><br>                          Defendants. | 15 Civ. 5248 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

The conference scheduled for January 21, 2021, is hereby ADJOURNED *sine die*. The parties are directed to submit a letter with proposed trial dates for the third and fourth quarters of this year on or before January 22, 2021.

SO ORDERED.

Dated:   January 8, 2021
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge